**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 623-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **MARTIN PAUL ANNUZZI** )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>**BUREAU OF COLLECTION** )<br>**RECOVERY, INC.** )<br>)<br>Defendant. )<br>) | Case No.<br><br>**COMPLAINT FOR VIOLATION OF FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, AND INVASION OF PRIVACY** |

_____

## I. INTRODUCTION

1.  This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code § 1788, *et seq.* (hereinafter "RFDCPA"), both of

which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices. Ancillary to the claims above, Plaintiff further alleges claims for invasion of privacy arising from intrusion upon seclusion and public disclosure of private facts.

## II.  JURISDICTION

2.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d).

## III.  PARTIES

3.      Plaintiff, Martin Paul Annuzzi ("Plaintiff"), is a natural person residing in Solano county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3) and is a "debtor" as defined by Cal Civ Code 1788.2(h).

4.      At all relevant times herein, Defendant, Bureau of Collection Recovery, Inc., ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code § 1788.2(f).  Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6), and RFDCPA, Cal Civ Code § 1788.2(c).

# IV.  FACTUAL ALLEGATIONS

5.     At  various  and  multiple  times  prior  to  the  filing  of  the  instant complaint,  including  within  the  one  year  preceding  the  filing  of  this  complaint, Defendant  contacted  Plaintiff  in  an  attempt  to  collect  an  alleged  outstanding  debt. Defendant's  conduct  violated  the  FDCPA  and  the  RFDCPA  in  multiple  ways, including but not limited to:

a).     Causing  Plaintiffs  telephone  to  ring  repeatedly  or  continuously  with intent  to  harass,  annoy  or  abuse  Plaintiff,  Causing  a  telephone  to  ring  repeatedly or  continuously  to  annoy  Plaintiff  Communicating,  by  telephone  or  in  person, with  Plaintiff  with  such  frequency  as  to  be  unreasonable  and  to  constitute  an harassment  to  Plaintiff  under  the  circumstances  (Cal  Civ  Code  §  1788.11(e)); (Cal Civ Code § 1788.11(d)); (§ 1692d(5));

b).     In  connection  with  collection  of  a  debt,  using  language  the  natural consequence  of  which  was  to  abuse  Plaintiff,  including  ridiculing  Plaintiff  by stating that Plaintiff intended to pay with monopoly money. (§ 1692d(2));

6.     Defendant's  aforementioned  violations  of  the  FDCPA  and  RFDCPA also  constitute  an  intentional  intrusion  into  Plaintiff's  private  places  and  into private  matters  of  Plaintiff's  life,  conducted  in  a  manner  highly  offensive  to  a

reasonable person.  Plaintiff had a subjective expectation of privacy that was objectively reasonable under the circumstances.

7.    Defendant's aforementioned disclosure of facts regarding Plaintiff's debt to third parties constitutes a public disclosure of a private fact not of legitimate public concern.  Defendant's disclosures were highly offensive to a reasonable person.

8.    As a result of the above violations of the FDCPA, RFDCPA and invasion of privacy, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

9.    Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.    Declaratory judgment that Defendant's conduct

violated the FDCPA;

B.    Actual damages;

C.    Statutory damages;

D.      Costs and reasonable attorney's fees; and,

E.      For such other and further relief as may be just and proper.

### COUNT II: VIOLATION OF ROSENTHAL
### FAIR DEBT COLLECTION PRACTICES ACT

10.    Plaintiff reincorporates by reference all of the preceding paragraphs.

11.    To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.      Declaratory judgment that Defendant's conduct violated the RFDCPA;

B.      Actual damages;

C.      Statutory damages for willful and negligent violations;

D.      Costs and reasonable attorney's fees,

E.      For such other and further relief as may be just and proper.

### COUNT III: COMMON LAW INVASION OF PRIVACY BY INTRUSION
### AND INVASION OF PRIVACY BY PUBLICATION OF PRIVATE FACTS

12.    Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.     Actual damages

B.     Punitive Damages; and,

C.     For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 26th day of April, 2009.

By:  _s/Todd M. Friedman
**TODD M. FRIEDMAN (216752)**
**LAW OFFICES OF TODD M.**
**FRIEDMAN, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 623-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**