Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PAUL ANNUZZI | Case No. 2:09-cv-01140-WBS-EFB |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| BUREAU OF COLLECTION RECOVERY, INC. | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Eastern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 2nd day of June, 2009.

By: s/Todd M. Friedman
Todd M. Friedman
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff**

Notice of Dismissal - 1

| | |
|---|---|
| 1 | |
| 2 | Filed electronically on this 2nd day of June, 2009, with: |
| 3 | United States District Court CM/ECF system |
| 4 | |
| 5 | By: s/Todd M. Friedman |
| 6 | Todd M. Friedman |